# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Arie Redeker

   Plaintiff,

V.

The State of Nevada ex rel The Nevada
Department of Corrections, et al

   Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:15-cv-0927-RFB-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that default judgment is hereby entered in favor of plaintiff against defendant Dr. George Leaks in the amount of $20 and punitive damages are awarded in the amount of $5,000.00.

January 17, 2018            /s/ Debra K. Kempi

Date                                                             Clerk

/s/ Justin Matott

(By) Deputy Clerk