**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ARIE REDEKER,

        Plaintiff,

vs.

STATE OF NEVADA, *et al.*,

        Defendants.

2:15-cv-00927-RFB-VCF

**ORDER**

Before the Court is Plaintiff's Motion to Extend Discover Deadlines (ECF No. 63).

Plaintiff seeks to extend discovery by 4 weeks to retain an expert. Defendants do not oppose. (ECF No. 64).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Discover Deadlines (ECF No. 63) is GRANTED and the following discovery deadlines apply:

| | |
|---|---|
| Discovery Cut-off | May 21, 2018 |
| Expert disclosures | March 21, 2018 |
| Rebuttal expert disclosures | April 23, 2018 |
| Dispositive motions | June 20, 2018 |
| Joint Pretrial Order | July 20, 2018 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 20th day of February, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE