# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ARIE REDEKER,

    Plaintiff,

v.

STATE OF NEVADA, et al,

    Defendants.

Case No. 2:15-cv-00927-RFB-VCF

**ORDER TO PRODUCE ARIE REDEKER, #93073**

TO: MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: PERRY RUSSELL, WARM SPRINGS CORRECTIONAL CENTER
CARSON CITY, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **ARIE REDEKER, #93073**, is presently in custody of the Nevada Department of Corrections, located at Warm Springs Correctional Center, Carson City, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Warm Springs Correctional Center, or his designee, shall transport and produce **ARIE REDEKER, #93073,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about June 24, 2019, at the hour of 2:45 p.m., to attend the hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **ARIE REDEKER, #93073,** is released and discharged by the said Court; and that the said **ARIE REDEKER, #93073,** shall thereafter be returned to the custody

/ / /

/ / /

of the Warden, Warm Springs Correctional Center, Carson City, NV, under safe and secure conduct.

**DATED** this 6th day of June, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**