AARON D. FORD
 Attorney General
MATTHEW P. FEELEY (Bar No. 13336)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-4070 (phone)
(702) 486-3773 (fax)
Email: mfeeley@ag.nv.gov

*Attorneys for Defendants*
*James Cox, Dwight Neven,*
*Chilton Leach, Cynthia Sablica,*
*Jacob Murphy, Robert Bannister,*
*Romeo Aranas, and Linda Adams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARIE REDEKER, | Case No. 2:15-cv-00927-RFB-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Defendants, James Cox, Dwight Neven, Chilton Leach, Cynthia Sablica, Jacob Murphy, Robert Bannister, Romeo Aranas, and Linda Adams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Matthew P. Feeley, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff Arie Redeker, by and through counsel, Thomas Christensen, Esq. and Dawn Hooker, Esq. of Christensen Law Offices, LLC., hereby stipulate and agree to dismiss the above-captioned matter with prejudice. Each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement reached by the parties. The

///

parties further state that they have resolved this matter in its entirety, and that the Court may accordingly close the case and vacate all future proceedings.

DATED this 18th day of May, 2020.   DATED this 18th day of May, 2020.

By: /s/ Dawn Hooker
   DAWN HOOKER (Bar No. 7019)
   Christensen Law Offices, LLC
   1000 S. Valley View Blvd.
   Las Vegas, Nevada 89107
   *Attorney for Plaintiff*

By: /s/ Matthew P. Feeley
   MATTHEW P. FEELEY (Bar No. 13336)
   Deputy Attorney General
   Office of the Nevada Attorney General
   555 E. Washington Avenue, #3900
   Las Vegas, Nevada 89101
   *Attorneys for Defendants*

## **ORDER**

**IT IS SO ORDERED**. The matter is DISMISSED WITH PREJUDICE, and the Clerk is directed to close the case and vacate all future proceedings.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of May, 2020.